UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
NORTHERN DIVISION

UNITED STATES OF AMERICA,

    Plaintiff,

v.

    CASE NO. 2:17-CR-15

    HON. ROBERT J. JONKER

JOSE ELMER VASQUEZ,

    Defendant.
_____/

## ORDER

The Court has reviewed the Report and Recommendation filed by the United States Magistrate Judge in this action. The Report and Recommendation was duly served on the parties, and no objection has been made thereto within the time required by law. Based on this, and on the Court's review of all matters of record, including the transcript of the plea proceedings, IT IS ORDERED that:

1. The Report and Recommendation of the Magistrate Judge (ECF No. 21) is approved and adopted as the opinion of the Court.

2. Defendant's plea of guilty is accepted and defendant is adjudicated guilty of the charges set forth in the 1-Count Information.

3. Defendant shall remain detained pending sentencing on August 9, 2017.

Date:   August 7, 2017                      /s/ Robert J. Jonker
                                                    ROBERT J. JONKER
                                                    CHIEF UNITED STATES DISTRICT JUDGE